Fred F. Pfeiffer, as Sole Trustee of the Estate of James W. Hennessy, a Bankrupt, Respondent, v. John M. Roe, Appellant.— Judgment and order affirmed, with costs, on authority of *Pfeiffer* v. *Roe* (108 App. Div. 54). All concurred, except Chester and Sewell, JJ., dissenting.

The People of the State of New York ex rel. John H. Deister, Appellant, v. Thomas J. Wintermute, Respondent.— Judgment and orders affirmed, with costs. No opinion. All concurred, except Smith, P. J., not sitting, and Cochrane, J., not voting.

The People of the State of New York, Appellant, v. Thomas Beddow, Respondent.— Order unanimously affirmed. No opinion.

Parker Pen Company, Respondent, v. Thomas W. Wadsworth, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Emmet Petchtle, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion.

The People of the State of New York ex rel. Christopher J. Heffernan, Respondent, v. Jacob H. Dealy, as Mayor of the City of Amsterdam, New York, Appellant.— Order unanimously affirmed, with costs. No opinion.

The People of the State of New York ex rel. Vandervoort Realty Company, Relator, v. Martin H. Glynn, Comptroller of the State of New York, Respondent.— Determination of Comptroller unanimously confirmed, with fifty dollars costs and disbursements to be paid by relator. No opinion.

The People of the State of New York ex rel. Hiram Hyde, Respondent, v. Frederick C. Stevens, Superintendent of Public Works of the State of New York, Appellant.— Order reversed, with costs, and application denied, with fifty dollars costs and disbursements, on the ground of laches in making the application. All concurred.

Fred W. Snyder, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

Kostantena Shonsky, as Administratrix, etc., of Peter Shonsky, Deceased, Appellant, v. Hudson Portland Cement Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion.

Mary Sutton Lakin, as Administratrix, etc., of Martha M. Sutton, Deceased, Appellant, v. Agnes P. Sutton, Respondent.— Judgment of the County Court affirmed, with costs. No opinion. All concurred.

James B. Smith, Appellant, v. The State of New York, Respondent.— Judgment unanimously affirmed, with costs. No opinion.